

**Marissa A. Coheley**
Partner
Direct Dial: 716.848.1687
MCoheley@hodgsonruss.com

April 17, 2025

> **APPLICTION GRANTED:** The Initial Conference set for 4/24/2025 at 2:30 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Thursday, May 22, 2025 at 11:00 a.m.</u>  Defendant's deadline to answer the complaint is hereby extended to <u>May 21, 2025.</u>
>
> APPLICATION GRANTED
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> 04/17/2025

VIA ECF

Hon. Katherine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Parker:

    Re:    *Pepperman v. NYU Grossman School of Medicine et al;*
             Civil Action No. 25-cv-01499 (S.D.N.Y.)

We represent Defendants in the above-entitled action. I am writing on behalf of myself and Houston Stokes, Esq., counsel for Plaintiff, to request an adjournment of the Initial Case Management Conference Order (Dkt. No. 14) schedule for 30 days while the parties continue settlement discussions.  Similarly, we are also requesting a 30-day extension of Defendants' time to file an Answer to the Complaint from April 21, 2025 to May 21, 2025.  The parties have been engaging in good faith settlement discussions and are hopeful that we will resolve this matter in the next week.

The parties respectfully request that the Court adjourn the Initial Case Management Conference Order schedule for 30 days and extend Defendants' time to Answer the Complaint to May 21, 2025.

Should the Court have any questions or require further information, please contact me.

                Respectfully submitted,

                Marissa A. Coheley

cc:    All Counsel via ECF