```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  05/20/2025
```



**Marissa A. Coheley**
Partner
Direct Dial: 716.848.1687
MCoheley@hodgsonruss.com

May 20, 2025

> **APPLICATION GRANTED:** The Initial Conference set for 05/22/2025 at 11:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Tuesday, July 29, 2025 at 2:00 p.m.</u> Defendant's deadline to answer the complaint is hereby extended to <u>June 23, 2025.</u>
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 05/20/2025

V<small>IA</small> ECF

Hon. Katherine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Parker:

   Re: *Pepperman v. NYU Grossman School of Medicine, et al;*
      Civil Action No. 25-cv-01499 (S.D.N.Y.)

   We represent Defendants in the above-entitled action. I am writing on behalf of myself and Houston Stokes, Esq., counsel for Plaintiff, to advise the Court that the parties have reached a settlement in principle and we are working out the details and a written agreement.

   In order to give us time to finalize the settlement agreement, we request an adjournment of the Initial Case Management Conference Order (Dkt. No. 14) schedule for 30 days. Similarly, we also request a 30-day extension of Defendants' time to file an Answer to the Complaint from May 21, 2025 to June 23, 2025. The parties expect to fully resolve this matter and file a stipulation of discontinuance in advance of the new deadlines.

   The parties respectfully request that the Court adjourn the Initial Case Management Conference Order schedule for 30 days and extend Defendants' time to Answer the Complaint to June 23, 2025.

   Should the Court have any questions or require further information, please contact me.

         Respectfully submitted,

         *Marissa A. Coheley*
         Marissa A. Coheley

cc: All Counsel via ECF