```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/25/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ADAM P. PEPPERMAN,

                                        Plaintiff,

             -against-

NYU GROSSMAN SCHOLL OF MEDICINE,
et al.,

                                      Defendants.
-----------------------------------------------------------------X

**25-CV-1499 (VSB) (KHP)**

**ORDER ADJOUNRING INITIAL**
**CASE MANAGEMENT**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light of the Stipulation of Voluntary Dismissal filed on June 24, 2025 (doc. no 20) the Initial Case Management Conference currently scheduled for **July 29, 2025** is hereby adjourned *sine die*.

       **ORDERED.**

DATED:    New York, New York
               June 25, 2025

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge